UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

N.G.B. INDIVIDUALLY AND ON BEHALF
OF J.B.,

              Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.

───────────────────────────────

20-cv-6571 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-24-20

JOHN G. KOELTL, District Judge:

    The parties are instructed to file a Rule 26(f) report by December 4, 2020.

SO ORDERED.

Dated:    New York, New York
            November 24, 2020

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                        United States District Judge