```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

N.G.B., INDIVIDUALLY AND ON BEHALF
OF J.B.,
                                            20-cv-6571 (JGK)
              Plaintiff,
                                            ORDER
       - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.
_____
```

**JOHN G. KOELTL, District Judge:**

As discussed during the teleconference held on February 1, 2021, the plaintiff may file an amended complaint by February 5, 2021.  The defendant may move or answer by March 5, 2021.  If the defendant files a motion, the plaintiff may respond by March 22, 2021, and the defendant may reply by April 2, 2021.

**SO ORDERED.**

Dated:    New York, New York
          February 1, 2021            _____/s/ John G. Koeltl_____
                                            John G. Koeltl
                                      **United States District Judge**