USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

N.G.G., individually and on behalf
of J.B.,

                      Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.

----------------------------------------------------------------X

20-CV-6571 (JGK) (KHP)

**ORDER SCHEDULING SETTLEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A **counsel only** settlement conference in this matter is scheduled for **Friday, April 23, 2021 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 16, 2021 by 5:00 p.m.**

    SO ORDERED.

DATED:    New York, New York
               March 10, 2021

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge