

**CUDDY LAW FIRM, PLLC**
SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2021

**MEMO ENDORSED**

April 16, 2021

BENJAMIN KOPP
ASSOCIATE ATTORNEY
BKOPP@CUDDYLAWFIRM.COM
DIRECT DIAL 315-207-5584

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     N.G.B., et al. v. New York City Dept. of Educ., 1:20-cv-06571-JGK-KHP

Dear Hon. Parker:

My office represents Plaintiff in the above action. I write jointly with Mr. Krist to make a first request to adjourn of the settlement conference in the above matter, currently scheduled for April 23, 2021 at 10:00 a.m., to either May 13, 2021, May 27, 2021, or as soon thereafter as the Court has availability. Further, the parties request that the written submission deadline, currently set for today at 5:00 p.m., be extended to the date one week prior to the settlement conference.

The parties have been working on potential options and language to resolve issues relating to the Second and Third Causes of Action. While we are optimistic that such issues can be resolved with more time, they may also determine whether the settlement conference would be productive at all.

Thank you for your consideration of this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.

cc: Brian Krist, via ECF

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Friday, April 23, 2021 at 10:00 a.m. is hereby rescheduled to <u>Thursday, May 20, 2021 at 10:00 a.m.</u> Counsel is directed to call Judge Parker's teleconference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>May 13, 2021 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
04/19/2021