USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

N.G.G., individually and on behalf
of J.B.,

                      Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.

----------------------------------------------------------------X

**20-CV-6571 (JGK) (KHP)**

**ORDER SCHEDULING SETTLEMENT
STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A telephonic Settlement Status Conference in this matter is hereby scheduled for

**Wednesday, June 30, 2021 at 3:00 p.m.**  Counsel for the parties are directed to call Judge

Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code:**

**4858267.**

       SO ORDERED.

DATED:     New York, New York
             June 21, 2021

                                 _____
                                 KATHARINE H. PARKER
                                 United States Magistrate Judge