```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

N.G.B., individually and on behalf
of J.B., a child with a disability,          20-cv-6571 (JGK)

               Plaintiffs,          ORDER

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.

-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with courtesy hard copies of the papers filed in connection with the plaintiffs' consolidated motion for summary judgment and fees, costs, and interest. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
           October 26, 2021

                                            John G. Koeltl
                                    United States District Judge