UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

N.G.B., ET AL.,

                Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.

20-cv-6571 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    In a Memorandum Opinion and Order dated March 16, 2022, the Court granted in part and denied in part the plaintiffs' motion for summary judgment and fees, costs, and interest. See ECF No. 60. In that Memorandum Opinion and Order, the Court directed the plaintiffs to submit a proposed judgment within five days. Id. at 16. The plaintiffs have not yet submitted a proposed judgment. The time for the plaintiffs to submit a proposed judgment is extended to March 31, 2022.

SO ORDERED.

Dated:    New York, New York
           March 28, 2022

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge