UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

N.G.B., individually and on behalf of
J.B., a child with a disability,

               *Plaintiff,*

    -against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

              *Defendant.*

PROPOSED
JUDGMENT

Case No. 1:20-cv-06571-JGK-KHP

---

It is hereby ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Memorandum Opinion and Order, dated March 16, 2022, granting in part and denying in part Plaintiffs' motion for summary judgment, Plaintiffs are entitled to: (i) have Defendant pay any outstanding invoices for special education services rendered in connection with the March 2017 Award (i.e., from IDEA Impartial Hearing Case No. 163644); and (ii) attorneys' fees and costs in the amount of **$34,384.52**, plus postjudgment interest thereupon at the applicable statutory rate. For clarity, Plaintiffs' award has been calculated as follows:

|  | Hourly Rate | Number of Hours | Total |
|---|---|---|---|
| **ADMINISTRATIVE COMPONENT** | | | |
| Andrew K. Cuddy (attorney) | $400.00 | 3.92 | $1,568.00 |
| Jason Sterne (attorney) | $400.00 | 0.32 | $128.00 |
| Justin M. Coretti (attorney) | $300.00 | 0.64 | $192.00 |
| Kenneth Bush (travel) | $112.50 | 2.00 | $225.00 |
| Kenneth Bush (lead attorney) | $225.00 | 39.28 | $8,838.00 |
| Shobna Cuddy (senior paralegal) | $125.00 | 2.80 | $350.00 |
| Sarah Woodard (paralegal) | $100.00 | 0.56 | $56.00 |
| Amanda Pinchak (paralegal) | $100.00 | 1.60 | $160.00 |
| Allison Bunnell (paralegal) | $100.00 | 20.56 | $2,056.00 |
| **FEE SUBTOTAL** | | | **$13,573.00** |
| Copying @ $0.10 per page | | | $52.40 |

| | | | |
|---|---|---|---|
| Meal | | | $23.94 |
| Fax @ $0.10 | | | $14.80 |
| Postage | | | $1.88 |
| Mileage | | | $60.00 |
| Parking | | | $45.00 |
| Tolls | | | $13.50 |
| **COST SUBTOTAL** | | | **$211.52** |
| *ADMINISTRATIVE COMPONENT SUBTOTAL* | | | *$13,784.52* |
| **FEDERAL COMPONENT** | | | |
| Andrew K. Cuddy (attorney) | $400.00 | 10.48 | $4,192.00 |
| Benjamin Kopp (lead attorney) | $225.00 | 69.68 | $15,678.00 |
| Shobna Cuddy (senior paralegal) | $125.00 | 2.64 | $330.00 |
| **FEE SUBTOTAL** | | | **$20,200.00** |
| Filing Fee | | | $400.00 |
| **COST SUBTOTAL** | | | **$400.00** |
| *FEDERAL COMPONENT SUBTOTAL* | | | *$20,600.00* |
| *GRAND TOTAL* | | | *$34,384.52* |

SO ORDERED.

Dated: 4/1/22
New York, New York

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE